IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY E. BROOKS,

Appellant,

v.

WASTE PRO OF FLORIDA/
LIBERTY MUTUAL
INSURANCE,

Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-850

Opinion filed October 9, 2015.

An appeal from an order of the Judge of Compensation Claims.
Diane B. Beck, Judge.

Date of Accident: July 12, 2012.

Anthony E. Brooks, pro se, Appellant.

Juan Carlos Garcia, Tampa, and Annie Kwong of Quintairos, Prieto, Wood & Boyer,
P.A., Orlando, for Appellees.


PER CURIAM.

        AFFIRMED.

ROBERTS, C.J., MARSTILLER and MAKAR, JJ., CONCUR.